**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

     **v.**                                    Case No. 09-cr-191-PB

<u>**Luis A. Velazquez**</u>

<u>**O R D E R**</u>

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2010, citing defendant's ongoing medical issues and difficulties in assisting counsel with preparing a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2010 to August 17, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 18, 2010 final pretrial conference is continued to July 22, 2010 at 11:30 a.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 17, 2010

cc:  Kevin Sharkey, Esq.
     Alfred Rubega, Esq.
     United States Probation
     United States Marshal