**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

  **v.**           Case No. 09-cr-191-PB

<u>**Luis A. Velazquez**</u>


<u>**O R D E R**</u>


  The defendant, through counsel, has moved to continue the trial scheduled for August 17, 2010, citing medical issues and the need for additional time to secure expert services and properly prepare a defense.  The government does not object to a continuance of the trial date.

  Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 17, 2010 to November 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

The July 22, 2010 final pretrial conference is continued to October 20, 2010 at 4:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 21, 2010

cc:  Kevin Sharkey, Esq.
     Alfred Rubega, Esq.
     United States Probation
     United States Marshal